WALTER T. YOUNG, ADMINISTRATOR AD PROSEQUENDUM, ETC., APPELLANT, v. POTTER TITLE AND TRUST COMPANY, EXECUTOR, ETC., RESPONDENT.

Submitted May 31, 1935—Decided October 9, 1935.

For the appellant, *Gebhardt & Gebhardt.*

For the respondent, *Smith & Smith.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.  13.

*For reversal*—None.